# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  APPOINTMENT TO THE | : NO. 476 |
| | : |
| CRIMINAL PROCEDURAL RULES | : CRIMINAL PROCEDURAL RULES |
| | : |
| COMMITTEE | : DOCKET |

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of June, 2016, Jarad W. Handelman, Esquire, Montgomery County, is hereby appointed as a member of the Criminal Procedural Rules Committee for a term of three years commencing June 30, 2016.